UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
MONDRAGON, RUBEN § Case No. 13-21450
 §
 Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on       . The case was converted to one under Chapter 7 on             . The undersigned trustee was appointed on        .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Elizabeth C. Berg_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM F-**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No.: | 13-21450 DRC Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | MONDRAGON, RUBEN | Date Filed (f) or Converted (c): | 06/26/13 (c) |
| | | 341(a) Meeting Date: | 07/29/13 |
| For Period Ending: | 07/23/14 | Claims Bar Date: | 03/12/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence  2372 Blue Spruce Lane, Aurora, IL 60502--stay lifted per court order 10/3/13 | 80,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash  Cash on Hand | 400.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts  JP Morgan Chase Checking Account | 600.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods  Misc Household Goods, No item over $400 | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Books/Art/Collectibles  Pictures | 500.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel  Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7. Pension, Retirement, Profit Sharing  JP Morgan Chase - Individual Retirement Account | 4,000.00 | 0.00 | | 0.00 | FA |
| 8. Vehicles - 99 Volkswagen  1999 Volkswagen Passat -- Debtor improperly claimed excessive exemptions. Settlement per court order dated 1/9/14 reflects waiver of exemptions. | 3,500.00 | 390.00 | | 390.00 | FA |
| 9. Vehicles - 04 Yukon Denali  2004 GMC Yukon Denali -- Debtor improperly claimed excessive exemptions. Settlement per court order dated 1/9/14 reflects waiver of exemptions. | 13,000.00 | 2,610.00 | | 2,610.00 | FA |
| 10. Animals  Birds | 200.00 | 0.00 | | 0.00 | FA |
| 11. Claim for Insurance Proceeds (u) | 0.00 | 1,000.00 | | 2,200.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No: | 13-21450 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
| Case Name: | MONDRAGON, RUBEN | | | Date Filed (f) or Converted (c): | 06/26/13 (c) |
| | | | | 341(a) Meeting Date: | 07/29/13 |
| | | | | Claims Bar Date: | 03/12/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Proceeds received from Farmer's Insurance re: Theft of Jewelry -- Jewelry not originally scheduled. Case reopened to administer. | | | | | |

TOTALS (Excluding Unknown Values)   $104,500.00   $4,000.00        $5,200.00   Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee initially filed NDR based upon review of information in schedules and Debtor's testimony at 341. After case was closed, Trustee learned of a payment to be made to debtor on account of insurance proceeds for loss due to pre-petition theft of jewelry not scheduled. Trustee recovered the insurance proceeds and investigated the Debtor's interest in the proceeds (which was shared with 2 family members). Trustee negotiated with Debtor to retain the majority of the insurance proceeds in consideration of the non-scheduled jewelry and for equity in 2 vehicles after waiver of exemptions claimed. Trustee reviewed claims and prepared the TFR.

Initial Projected Date of Final Report (TFR): 09/30/14    Current Projected Date of Final Report (TFR): 09/30/14

LFORM1   UST Form 101-7-TFR (5/1/2011) (Page: 4)                    Ver: 18.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-21450 -DRC | | Trustee Name: | Elizabeth C. Berg |
| --- | --- | --- | --- | --- |
| Case Name: | MONDRAGON, RUBEN | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6032 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3402 | | | |
| For Period Ending: | 07/23/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 5,200.00 | | 5,200.00 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,190.00 |
| 01/13/14 | 005001 | Gabriela Mondragon | Non-estate Insurance Settlement | 8500-000 | | 1,200.00 | 3,990.00 |
| | | Maria Mondragon | Settlement allowed per Court Order dated January 9, 2014 | | | | |
| | | 2372 Blue Spruce Lane | | | | | |
| | | Aurora, IL 60502 | | | | | |
| 02/06/14 | 005002 | International Sureties, Ltd. | 2013 Bond Premium | 2300-000 | | 2.74 | 3,987.26 |
| | | Suite 420 | Bond Number: #016026455 | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,977.26 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,967.26 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,957.26 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,947.26 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,937.26 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,927.26 |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | | 5,200.00 | 1,272.74 | 3,927.26 |
| Memo Allocation Disbursements: | 0.00 | | Less: Bank Transfers/CD's | | 5,200.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 1,272.74 | |
| Memo Allocation Net: | 0.00 | | Less: Payments to Debtors | | | 1,200.00 | |
| | | | Net | | 0.00 | 72.74 | |

Page Subtotals            5,200.00        1,272.74

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 13-21450 -DRC | Trustee Name: | Elizabeth C. Berg |
| --- | --- | --- | --- |
| Case Name: | MONDRAGON, RUBEN | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0507 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3402 | | |
| For Period Ending: | 07/23/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/16/13 | 11 | FARMERS INSURANCE EXCHANGE NATIONAL DOCUMENT CENTER PO BOX 268994 OKLAHOMA CITY 83204 | SETTLEMENT | | 5,200.00 | | 5,200.00 |
| | 11 | FARMERS INSURANCE EXCHANGE | Memo Amount: 1,000.00 Insurance Proceeds - Jewelry | 1229-000 | | | |
| | 9 | | Memo Amount: 2,610.00 Yukon Denali | 1129-000 | | | |
| | 8 | | Memo Amount: 390.00 '99 Volkswagen | 1129-000 | | | |
| | | MONDRAGON, GABRIELA | Memo Amount: 1,200.00 Non-Estate Property | 8500-000 | | | |
| 12/20/13 | | Trsf To Associated Bank | INITIAL WIRE TRANSFER IN | 9999-000 | | 5,200.00 | 0.00 |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 5,200.00 | COLUMN TOTALS | | 5,200.00 | 5,200.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 5,200.00 | |
| | | Subtotal | | 5,200.00 | 0.00 | |
| Memo Allocation Net: | 5,200.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 5,200.00 | 0.00 | |

| | | | | NET | ACCOUNT |
| --- | --- | --- | --- | --- | --- |
| Total Allocation Receipts: | 5,200.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - *******6032 | 0.00 | 72.74 | 3,927.26 |
| | | Checking Account (Non-Interest Earn - *******0507 | 5,200.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 5,200.00 | | 5,200.00 | 72.74 | 3,927.26 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    5,200.00    5,200.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 13-21450 -DRC | | Trustee Name: | Elizabeth C. Berg |
| --- | --- | --- | --- | --- |
| Case Name: | MONDRAGON, RUBEN | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0507  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3402 | | | |
| For Period Ending: | 07/23/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account (Non-Interest Earn - ********6032 | | | | |
| | | | Checking Account (Non-Interest Earn - ********0507 | | | | |

| | | | Page Subtotals | 0.00 | 0.00 |
| --- | --- | --- | --- | --- | --- |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 28, 2014 |
|---|---|---|---|---|---|---|

Case Number:   13-21450
Debtor Name:   MONDRAGON, RUBEN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $1,000.00 | $0.00 | $1,000.00 |
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $850.00 | $0.00 | $850.00 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | 2221656032   02/06/14   5002 | $2.74<br><br>2.74 | $2.74 | $0.00 |
| | Subtotal for Class Administrative | | | $1,852.74 | $2.74 | $1,850.00 |
| 000001<br>080<br>7200-00 | Chase Bank USA, N.A.<br>c/o Kevin C. Driscoll, Jr.,<br>Barnes & Thornburg LLP,<br>1 North Wacker Drive, Suite 4400,<br>Chicago, IL 60606 | Unsecured | | $1,193.44 | $0.00 | $1,193.44 |
| 000002<br>080<br>7200-00 | Chase Bank USA, N.A.<br>c/o Kevin C. Driscoll, Jr.,<br>Barnes & Thornburg LLP,<br>1 North Wacker Drive, Suite 4400,<br>Chicago, IL 60606 | Unsecured | | $2,879.52 | $0.00 | $2,879.52 |
| | Subtotal for Class Unsecured | | | $4,072.96 | $0.00 | $4,072.96 |
| | Case Totals: | | | $5,925.70 | $2.74 | $5,922.96 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-21450
Case Name: MONDRAGON, RUBEN
Trustee Name: Elizabeth C. Berg

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ | $ | $ |
| 000002 | Chase Bank USA, N.A. | $ | $ | $ |

Total to be paid to tardy general unsecured creditors      $_____

Remaining Balance      $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE