# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
MONDRAGON, RUBEN § Case No. 13-21450
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  
  Mr. Jeffrey P. Allsteadt
  Clerk of the U.S. Bankruptcy Court
  219 S. Dearborn Street
  7th Floor
  Chicago IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
  
  10:30 a.m.
  on Friday, September 12, 2014
  in Courtroom 240 of the Kane County Courthouse
  100 South 3rd Street, Geneva, Illinois

  If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                             §
                                   §
MONDRAGON, RUBEN                   §     Case No. 13-21450
                                   §
         Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,200.00 |
| and approved disbursements of | $ | 1,272.74 |
| leaving a balance on hand of[1] | $ | 3,927.26 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 850.00 | $ 0.00 | $ 850.00 |
| Other: International Sureties, Ltd. | $ 2.74 | $ 2.74 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,850.00 |
| Remaining Balance | $ 2,077.26 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

NONE

    Tardily filed claims of general (unsecured) creditors totaling $ 4,072.96 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 51.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 1,193.44 | $ 0.00 | $ 608.67 |
| 000002 | Chase Bank USA, N.A. | $ 2,879.52 | $ 0.00 | $ 1,468.59 |
| | Total to be paid to tardy general unsecured creditors | | $ | 2,077.26 |
| | Remaining Balance | | $ | 0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
Elizabeth C. Berg, Trustee

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 13-21450-DRC
Ruben Mondragon                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: kseldon              Page 1 of 1              Date Rcvd: Aug 05, 2014
                              Form ID: pdf006            Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2014.
```
db          +Ruben Mondragon,    2372 Blue Spruce Lane,    Aurora, IL 60502-6385
aty         +The Law Firm of Baldi Berg & Wallace LTD,    20 N Clark Street Ste 200,    Chicago, IL 60602-4120
20514214     Chase,   Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
22065229     Chase Bank USA, N.A.,    Attn: Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
20514215    +JPMorgan Chase Bank, National Association,    c/o Freedman Anselmo Lindberg LLC,
              1807 West Diehl Road, Ste. 333,    Naperville, IL 60563-1890
20658170    +Maria Isabell Mondragon,    2746 White Barn Dr,    Aurora, IL 60502-6332
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20978729     E-mail/PDF: rmscedi@recoverycorp.com Aug 06 2014 01:36:05     GE Capital Retail Bank,
              JCPenney Credit Service,   c/o Recovery Management Systems Corp,
              25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                             TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2014 at the address(es) listed below:
```
              Carolyn A Suzzi    on behalf of Trustee Glenn B Stearns suzzi_c@lisle13.com
              Elizabeth C Berg    bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
              Joseph H. King, Jr.    on behalf of Debtor Ruben  Mondragon joeking8225@sbcglobal.net,
               jkjrlaw@gmail.com
              Nisha B Parikh    on behalf of Creditor    JPMorgan Chase Bank, National Association
               nparikh@fal-illinois.com,    bankruptcy@fal-illinois.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Roman  Sukley    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov
              Ronald  Peterson    on behalf of Attorney Joseph H. King, Jr. rpeterson@jenner.com,
               lraiford@jenner.com
                                                                                             TOTAL: 8
```