UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
 §
MONDRAGON, RUBEN § Case No. 13-21450
 §
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter     on            , and it was converted to chapter 7 on            . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/Elizabeth C. Berg_____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Gabriela Mondragon |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | JP Morgan Chase |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| INTL SURETIES | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| BALDI BERG | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sony | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - Successor Trustee Report
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-21450 DRC Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | MONDRAGON, RUBEN | Date Filed (f) or Converted (c): | 06/26/13 (c) |
| | | 341(a) Meeting Date: | 07/29/13 |
| For Period Ending: | 09/29/14 | Claims Bar Date: | 03/12/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 80,000.00 | 0.00 | | 0.00 | FA |
| 2372 Blue Spruce Lane, Aurora, IL 60502--stay lifted per court order 10/3/13 | | | | | |
| 2. Cash | 400.00 | 0.00 | | 0.00 | FA |
| Cash on Hand | | | | | |
| 3. Financial Accounts | 600.00 | 0.00 | | 0.00 | FA |
| JP Morgan Chase Checking Account | | | | | |
| 4. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| Misc Household Goods, No item over $400 | | | | | |
| 5. Books/Art/Collectibles | 500.00 | 0.00 | | 0.00 | FA |
| Pictures | | | | | |
| 6. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| Clothing | | | | | |
| 7. Pension, Retirement, Profit Sharing | 4,000.00 | 0.00 | | 0.00 | FA |
| JP Morgan Chase - Individual Retirement Account | | | | | |
| 8. Vehicles - 99 Volkswagen | 3,500.00 | 390.00 | | 390.00 | FA |
| 1999 Volkswagen Passat -- Debtor improperly claimed excessive exemptions. Settlement per court order dated 1/9/14 reflects waiver of exemptions. | | | | | |
| 9. Vehicles - 04 Yukon Denali | 13,000.00 | 2,610.00 | | 2,610.00 | FA |
| 2004 GMC Yukon Denali -- Debtor improperly claimed excessive exemptions. Settlement per court order dated 1/9/14 reflects waiver of exemptions. | | | | | |
| 10. Animals | 200.00 | 0.00 | | 0.00 | FA |
| Birds | | | | | |
| 11. Claim for Insurance Proceeds (u) | 0.00 | 1,000.00 | | 2,200.00 | FA |

LFORM1
Ver: 18.01

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

FORM 1 - Successor Trustee Report
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 13-21450   DRC   Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | MONDRAGON, RUBEN | Date Filed (f) or Converted (c): | 06/26/13 (c) |
| | | 341(a) Meeting Date: | 07/29/13 |
| | | Claims Bar Date: | 03/12/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Proceeds received from Farmer's Insurance re: Theft of Jewelry -- Jewelry not originally scheduled. Case reopened to administer. | | | | | |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $104,500.00 | $4,000.00 | | $5,200.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee initially filed NDR based upon review of information in schedules and Debtor's testimony at 341. After case was closed, Trustee learned of a payment to be made to debtor on account of insurance proceeds for loss due to pre-petition theft of jewelry not scheduled. Trustee recovered the insurance proceeds and investigated the Debtor's interest in the proceeds (which was shared with 2 family members). Trustee negotiated with Debtor to retain the majority of the insurance proceeds in consideration of the non-scheduled jewelry and for equity in 2 vehicles after waiver of exemptions claimed. Trustee reviewed claims and prepared the TFR.

Initial Projected Date of Final Report (TFR): 09/30/14        Current Projected Date of Final Report (TFR): 09/30/14

LFORM1         Ver: 18.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2 - Successor Trustee Report

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 13-21450 -DRC | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | MONDRAGON, RUBEN | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6032 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3402 | | |
| For Period Ending: | 09/29/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 5,200.00 | | 5,200.00 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,190.00 |
| 01/13/14 | 005001 | Gabriela Mondragon<br>Maria Mondragon<br>2372 Blue Spruce Lane<br>Aurora, IL 60502 | Non-estate Insurance Settlement<br>Settlement allowed per Court Order dated January 9, 2014 | 8500-000 | | 1,200.00 | 3,990.00 |
| 02/06/14 | 005002 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | 2013 Bond Premium<br>Bond Number: #016026455 | 2300-000 | | 2.74 | 3,987.26 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,977.26 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,967.26 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,957.26 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,947.26 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,937.26 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,927.26 |
| 09/16/14 | 005003 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | TR Final Compensation | 2100-000 | | 1,000.00 | 2,927.26 |
| 09/16/14 | 005004 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for TR Fees (TR Firm) | 3110-000 | | 850.00 | 2,077.26 |
| 09/16/14 | 005005 | Chase Bank USA, N.A.<br>c/o Kevin C. Driscoll, Jr.,<br>Barnes & Thornburg LLP,<br>1 North Wacker Drive, Suite 4400,<br>Chicago, IL 60606 | Claim 000001, Payment 51.00131% | 7200-000 | | 608.67 | 1,468.59 |
| | | | Page Subtotals | | 5,200.00 | 3,731.41 | |

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2 - Successor Trustee Report

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-21450 -DRC | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | MONDRAGON, RUBEN | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6032 Checking Account (Non-Interest Earn |
| Taxpayer ID No | *******3402 | | | |
| For Period Ending: | 09/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/16/14 | 005006 | Chase Bank USA, N.A.<br>c/o Kevin C. Driscoll, Jr.,<br>Barnes & Thornburg LLP,<br>1 North Wacker Drive, Suite 4400,<br>Chicago, IL 60606 | Claim 000002, Payment 51.00121% | 7200-000 | | 1,468.59 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 5,200.00 | 5,200.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 5,200.00 | 0.00 | |
| | | Subtotal | 0.00 | 5,200.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 1,200.00 | |
| | | Net | 0.00 | 4,000.00 | |

Page Subtotals      0.00      1,468.59

Ver: 18.01

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-21450 -DRC | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | MONDRAGON, RUBEN | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0507 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3402 | | |
| For Period Ending: | 09/29/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/16/13 | 11 | FARMERS INSURANCE EXCHANGE<br>NATIONAL DOCUMENT CENTER<br>PO BOX 268994<br>OKLAHOMA CITY 83204 | SETTLEMENT | | 5,200.00 | | 5,200.00 |
| | 11 | FARMERS INSURANCE EXCHANGE | Memo Amount: 1,000.00<br>Insurance Proceeds - Jewelry | 1229-000 | | | |
| | 9 | | Memo Amount: 2,610.00<br>Yukon Denali | 1129-000 | | | |
| | 8 | | Memo Amount: 390.00<br>'99 Volkswagen | 1129-000 | | | |
| | | MONDRAGON, GABRIELA | Memo Amount: 1,200.00<br>Non-Estate Property | 1229-000 | | | |
| 12/20/13 | | Trsf To Associated Bank | INITIAL WIRE TRANSFER IN | 9999-000 | | 5,200.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 5,200.00 | COLUMN TOTALS | | 5,200.00 | 5,200.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 5,200.00 | |
| | | Subtotal | | 5,200.00 | 0.00 | |
| Memo Allocation Net: | 5,200.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 5,200.00 | 0.00 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 5,200.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - ********6032 | 0.00 | 4,000.00 | 0.00 |
| | | Checking Account (Non-Interest Earn - ********0507 | 5,200.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 5,200.00 | | 5,200.00 | 4,000.00 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 5,200.00 5,200.00

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2 - Successor Trustee Report

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-21450 -DRC | Trustee Name: | Elizabeth C. Berg |
| Case Name: | MONDRAGON, RUBEN | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0507 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3402 | | |
| For Period Ending: | 09/29/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | Checking Account (Non-Interest Earn - ********6032) | | | | |
| | | | Checking Account (Non-Interest Earn - ********0507) | | | | |
| | | | | Page Subtotals | | 0.00 | 0.00 |

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)